AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

Robert L. Schulz

V.

U.S. Federal Reserve System, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08-CV-991 GLS/DRH

TO: (Name and address of Defendant)

The United States
President George Bush
The White House
Washington DC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LAWRENCE K. BAERMAN**

CLERK

_____   9/18/2008
(By) DEPUTY CLERK           DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____NEW YORK_____

ROBERT L. Schulz

V.     **SUMMONS IN A CIVIL ACTION**

U.S. Federal Reserve System, et al.

CASE NUMBER: 1: 08 -CV- 991

GLS / DRH

TO: (Name and address of Defendant)

U.S. Dept. of the Treasury,
Pennsylvania Ave.
Washington D.C.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY pro-se (name and address)

Robert Schulz
2458 Ridge Rd
Queensbury, N.Y. 12804

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LAWRENCE K. BAERMAN** _____   ___9/18/2008___
CLERK                                                                               DATE

[signature]
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

ROBERT L. SCHULZ

V.

U.S. FEDERAL RESERVE SYSTEM, ET. AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1: 08-CV-991

GLS / DRH

TO: (Name and address of Defendant)

HENRY M. PAULSON, JR.
SECRETARY
U.S. DEPT. OF THE TREASURY
PENNSYLVANIA AVE.
WASHINGTON, DC.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY *pro se* (name and address)

ROBERT SCHULZ
2458 RIDGE RD
QUEENSBURY N.Y. 12804

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN

CLERK

(By) DEPUTY CLERK

DATE 9/18/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

ROBERT L. SCHULZ

V.

U.S. FEDERAL RESERVE SYSTEM, ET AC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1: 08-CV-991

GLS / DRH

TO: (Name and address of Defendant)

BEN S. BERNANKE,
CHAIRMAN
U.S. FEDERAL RESERVE SYSTEM
CONSTITUTION AVE.
WASHINGTON, DC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Pro-Se (name and address)

ROBERT SCHULZ
2458 RIDGE RD
QUEENSBURY, N.Y. 12804

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN

CLERK                              9/18/2008
                                   DATE
(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____NEW YORK_____

Robert L. Schulz

V.

U.S. Federal Reserve System, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08-CV-991 GLS/DRH

TO: (Name and address of Defendant)

U.S. Federal Reserve System
Constitution Ave.
Washington, DC

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ Pro-Se (name and address)

Robert L. Schulz
2458 Ridge Rd
Queensbury, N.Y. 12804

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN

CLERK

(By) DEPUTY CLERK

DATE 9/18/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

Robert L. Schulz

V.                                          **SUMMONS IN A CIVIL ACTION**

U.S. Federal Reserve System, et al   CASE NUMBER: 1:08-CV-991

GLS / DRH

TO: (Name and address of Defendant)

United States Attorney General
Constitution Avenue & 10th St., NW
Washington, DC  20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY *Pro-se* (name and address)

Robert Schulz
2458 Ridge Rd
Queensbury N.Y. 12804

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LAWRENCE K. BAERMAN**
CLERK                                       DATE  9/18/2008

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

ROBERT L. SCHULZ

V.

**SUMMONS IN A CIVIL ACTION**

U.S. FEDERAL RESERVE SYSTEM et al

CASE NUMBER: 1:08-CV-991 GLS/DRH

TO: (Name and address of Defendant)

United States Attorney
100 South Clinton ., PO Box 7198
Syracuse, NY 13261-7198

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY Pro-se (name and address)

Robert Schulz
2458 Ridge RD
Queensbury, N.Y. 12804

an answer to the complaint which is served on you with this summons, within 60 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LAWRENCE K. BAERMAN**

CLERK                                9/10/2008
                                     DATE

(By) DEPUTY CLERK