

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT L. SCHULZ, | ) |
| Plaintiff | ) ) ) |
| -against- | ) No. |
| UNITED STATES FEDERAL RESERVE SYSTEM, BEN S. BERNANKI, Chairman of the United States Federal Reserve System, UNITED STATES DEPARTMENT OF THE TREASURY, HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury, and UNITED STATES | ) ) ) ) ) ) ) ) |
| Defendants | ) |

## DECLARATION #2 BY ROBERT L. SCHULZ
## IN SUPPORT OF SHOW CAUSE ORDER

Robert L. Schulz, under penalty of perjury, declares:

1. I am a Plaintiff in the matter captioned above and I make this affidavit in support of the Show Cause Order for temporary and preliminary injunctive relief.

2. On Thursday, September 18, 2008, I faxed the Verified Complaint, Show Cause Order, Memorandum of Law in Support of the Motion for Temporary and Preliminary Relief and Declaration #1 in Support of the Show Cause Order to: a) U.S. Attorney General, Michael Mukasey at 3:15 pm at 202-307-6777 after speaking to "Sarah" in the office of the U.S. Attorney General; b) Stephen H. Meyer, an attorney in the Office of the General Counsel at the Federal Reserve in Washington DC at 3:30 pm at 202-736-5615 after speaking with Stephen H. Meyer; and c) Timothy Kollar, an attorney in the Office of the General Counsel at the U.S. Department of the Treasury in Washington DC at 3:45 pm at 202-622-1188 after speaking with Timothy Kollar:

Dated: September 18, 2008

                                                                                                      */s/ Robert L. Schulz*
                                                                                                      ROBERT L. SCHULZ
                                                                                                      2458 Ridge Road
                                                                                                      Queensbury, NY 12804