UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 2 4 2008
LAWRENCE K. BAERMAN, CLERK
ALBANY

| | |
|---|---|
| **ROBERT L. SCHULZ,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| -against- ) | No. 08-991 |
| ) | |
| UNITED STATES FEDERAL RESERVE SYSTEM, ) | |
| BEN S. BERNANKI, Chairman of the United States ) | |
| Federal Reserve System, UNITED STATES ) | |
| DEPARTMENT OF THE TREASURY, HENRY M. ) | |
| PAULSON, JR., Secretary of the United States ) | |
| Department of the Treasury, and UNITED STATES ) | |
| ) | |
| **Defendants** ) | |

# DECLARATION #2 BY ROBERT L. SCHULZ
## IN SUPPORT OF SHOW CAUSE ORDER

Robert L. Schulz, under penalty of perjury, declares:

1. I am a Plaintiff in the matter captioned above and I make this affidavit in support of the Show Cause Order for temporary and preliminary injunctive relief.

2. On Thursday, September 18, 2008, I faxed the Verified Complaint, Show Cause Order, Memorandum of Law in Support of the Motion for Temporary and Preliminary Relief and Declaration #1 in Support of the Show Cause Order to: a) U.S. Attorney General, Michael Mukasey at 3:15 pm at 202-307-6777 after speaking to "Sarah" in the office of the U.S. Attorney General; b) Stephen H. Meyer, an attorney in the Office of the General Counsel at the Federal Reserve in Washington DC at 3:30 pm at 202-736-5615 after speaking with Stephen H. Meyer; and c) Timothy Kollar, an attorney in the Office of the General Counsel at the U.S. Department of the Treasury in Washington DC at 3:45 pm at 202-622-1188 after speaking with Timothy Kollar:

Dated: September 18, 2008

                                                                                   _____
                                                                                   ROBERT L. SCHULZ
                                                                                    2458 Ridge Road
                                                                                    Queensbury, NY 12804