AO 440 (Rev. 8/01) Summons in a Civil Action

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 25 2008
LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

ROBERT L. SCHULZ

V.

U.S. FEDERAL RESERVE SYSTEM et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08-CV-991
GLS / DRH

TO: (Name and address of Defendant)

United States Attorney
100 South Clinton ., PO Box 7198
Syracuse, NY 13261-7198

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY pro-se (name and address)

Robert Schulz
2458 Ridge Rd
Queensbury, N.Y. 12804

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LAWRENCE K. BAERMAN**                    9/10/2008

CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-25-08 |
| NAME OF SERVER (PRINT) BURK DEITZ | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

MARGARET BALDWIN
/Margaret B Baldwin/

U.S. ATTORNEY'S OFFICE
445 BROADWAY
FED'L COURTHOUSE
ALBANY, N.Y. 12207

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-25-08
            Date

Signature of Server

Address of Server
444 WHITEHALL RD
ALBANY, N.Y. 12208

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.