%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 2 5 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

Robert L. Schulz

V.

U.S. Federal Reserve System, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:08-CV-991

GLS / DRH

TO: (Name and address of Defendant)

U.S. Federal Reserve System
Constitution Ave.
Washington, DC

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY *pro-se* (name and address)

Robert L. Schulz
2458 Ridge Rd
Queensbury, N.Y. 12804

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LAWRENCE K. BAERMAN**                            9/18/2008

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 9-24-08 |
| NAME OF SERVER (PRINT) Peter James | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Juanetta Price, Federal Reserve Bldg, 20th & Constitution, Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-24-08
Date

Signature of Server

Juanetta Price
Juanetta Price

21021 Sojourn ct
Address of Server
Germantown MD 20876

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 25 2008
LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

Robert L. Schulz

## SUMMONS IN A CIVIL ACTION

V.

U.S. Federal Reserve System, et al.

CASE NUMBER: 1: 08 -CV- 991

GLS / DRH

TO: (Name and address of Defendant)

Ben S. Bernanki
Chairman
U.S. Federal Reserve System
Constitution Ave.
Washington, DC.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S AT~~TORNE~~Y *pro-se* (name and address)

Robert Schulz
2458 Ridge Rd
Queensbury, N.Y. 12804

an answer to the complaint which is served on you with this summons, within **60** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LAWRENCE K. BAERMAN**                                  9/18/2008

CLERK                                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-24-08 |
| NAME OF SERVER *(PRINT)* Peter James | TITLE |

*Check one box below to indicate appropriate method of service*       JUANETTA PRICE

☒ Served personally upon the defendant. Place where served: Federal Reserve Bldg
20th & Const. Fit.m Ave
Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Juanetta Price
Juanetta Price

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-24-08
                   Date

Signature of Server: Peter J_____

Address of Server: 21021 Jobourn Ct
Germantown, MD 20876

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 25 2008
LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT

NORTHERN District of NEW YORK

Robert L Schulz

V.

U.S. Federal Reserve System, et. al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1: 08-CV-991

GLS / DRH

TO: (Name and address of Defendant)

Henry M. Paulson, Jr.
Secretary
U.S. Dept. of the Treasury
Pennsylvania Ave.
Washington, DC.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY pro-se (name and address)

Robert Schulz
2458 Ridge Rd
Queensbury N.Y. 12804

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN                              9/15/2008
CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 9-24-08 |
| NAME OF SERVER (PRINT) Peter James | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
Lenard Hannesberry  U.S. Treasury Bld 1500 Penn

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-24-08
          Date         Signature of Server

Address of Server: 21021 Sojourn Ct
Germantown, MD 20876

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 25 2008
LAWRENCE K. BAERMAN, CLERK
ALBANY

ROBERT L. Schulz

## SUMMONS IN A CIVIL ACTION

V.

U.S. Federal Reserve System, et al.

CASE NUMBER: 08-CV-991

GLS / DRH

TO: (Name and address of Defendant)

U.S. Dept. of the Treasury,
Pennsylvania Ave.,
Washington D.C.

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY pro-se (name and address)

Robert Schulz
2458 Ridge Rd
Queensbury, N.Y. 12804

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN                           9/18/2008
CLERK                                          DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 9-24-08 |
| NAME OF SERVER *(PRINT)* Peter James | TITLE | |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Leonard Hansbury Treasury Bldg 1500 Penn. Ave Wash. DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-24-08
             Date              Signature of Server

             21021 Sojourn CT
             Address of Server
             Germantown, MD 20876

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◈AO 440 (Rev. 8/01) Summons in a Civil Action

A9

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | NEW YORK |
|---|---|---|

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
SEP 2 5 2008
LAWRENCE K. BAERMAN, CLERK
ALBANY

Robert L. Schulz

V.

U.S. Federal Reserve System, et al.   CASE NUMBER:

**SUMMONS IN A CIVIL ACTION**

1:08-CV-991
GLS / DRH

TO: (Name and address of Defendant)

United States Attorney General
Constitution Avenue & 10th St., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY  *pro-se* (name and address)

Robert Schulz
2458 Ridge Rd
Queensbury N.Y. 12804

an answer to the complaint which is served on you with this summons, within  __60__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**LAWRENCE K. BAERMAN**                     9/18/2008

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9-24-08 |
| NAME OF SERVER (PRINT)  Peter James | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: DOJ Bldg  950 Penn. Ave  Washington DC   3:05 PM
Roosevelt Williams  Ref Clk   Mail clerk

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-24-08        *(signature)*
Date                 Signature of Server

Address of Server: 21021 Sojourn Ct  Germantown, MD 20876

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.