=================================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__ NORTHERN __   DISTRICT OF   __ NEW YORK __

JUDGMENT  IN A CIVIL CASE

DOCKET NO.  1:08-cv-991  (GLS/DRH)

**ROBERT L. SCHULZ**

      v.

**UNITED STATES FEDERAL RESERVE SYSTEM; BEN S. BERNANKE, Chairman of the United States Federal Reserve System; UNITED STATES DEPARTMENT OF THE TREASURY; HENRY M. PAULSON, JR., Secretary of the United States Department of the Treasury; and UNITED STATES**

| | |
|---|---|
| _____ | **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict. |
| __X__ | **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been  rendered. |

**IT IS ORDERED, that defendants' motion to dismiss (Dkt. No. 15; 1:08-cv-991) is GRANTED, in accordance with the Memorandum-Decision and Order issued by U.S. District Judge Gary L. Sharpe on February 24, 2009.**


   __ February 24, 2009 __                              __ LAWRENCE K. BAERMAN __
                                                                                      CLERK OF THE COURT


                                                                 BY:     __S/_____
                                                                          DEPUTY CLERK
                                                                           John Law