UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on March 23, 2009 the court received a notice of appeal. This notice servce to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, LAWRENCE K. BAERMAN, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically in the Albany Clerk's Office. Please notify our office if you need any of the following documents:

Docket No.(s):   This case is 100% Electronic.

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 25th day of March, 2009.

Lawrence K. Baerman, Clerk
U.S. District Court

S/

By: Britney Norton
    Deputy Clerk

### Case Information

Case Name & Case No.     Robert L. Schulz v. United States Federal Reserve System, et al.
                         1:08-cv-991 (LEAD) GLS/DRH
Docket No. of Appeal:    24
Document Appealed:       22, 23

Fee Status:   Paid X         Due ___          Waived (IFP/CJA)___
              IFP revoked ___     Application Attached ___   IFP pending before USDJ ___

Counsel:            Retained ___     Pro Se X

Time Status:  Timely X            Untimely ___

Motion for Extension of Time:     Granted ___    Denied ___

Certificate of Appealability:   Granted ___    Denied ___    N/A ___